IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bailiff, Joan

Printed: 12/28/07

Case Number: 04 B 43754
Judge: Hollis, Pamela S
Filed: 11/24/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 36,537.50 |  |
| Secured: |  | 4,556.13 |
| Unsecured: |  | 22,457.48 |
| Priority: |  | 3,097.61 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 1,729.72 |
| Other Funds: |  | 2,396.56 |
| Totals: | 36,537.50 | 36,537.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Chicago Area Fed Credit Union | Secured | 4,556.13 | 4,556.13 |
| 4. | Internal Revenue Service | Priority | 3,097.61 | 3,097.61 |
| 5. | Resurgent Capital Services | Unsecured | 8,000.82 | 8,000.82 |
| 6. | America's Financial Choice Inc | Unsecured | 501.11 | 501.11 |
| 7. | Internal Revenue Service | Unsecured | 195.07 | 195.07 |
| 8. | Resurgent Capital Services | Unsecured | 4,953.85 | 4,953.85 |
| 9. | United Student Aid Funds Inc | Unsecured | 7,267.81 | 7,267.81 |
| 10. | Corporate America Family CU | Unsecured | 1,538.82 | 1,538.82 |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | America's Financial Choice Inc | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,411.22 | $ 32,411.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 221.07 |
| 4% | 131.08 |
| 3% | 83.97 |
| 5.5% | 513.20 |
| 5% | 139.24 |
| 4.8% | 291.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Bailiff, Joan | Case Number:  04 B 43754 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/28/07 | Filed:  11/24/04 |

```
                    5.4%              349.73
                                    _____
                                    $ 1,729.72
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

